IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Brian Cassidy and Jimmy Jent, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 10 C 8097 |
| | ) | |
| Zwicker & Associates, P.C., a | ) | Judge Norgle |
| Massachusetts professional corporation, | ) | |
|     Defendant. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiffs, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismiss their claims against the Defendant, with prejudice.

Dated: January 18, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on January 18, 2011.

Zwicker & Associates, P.C.
c/o Manuel H. Newburger
Barron & Newburger & Sinsley, PLLC
1212 Guadalupe
Suite 102
Austin, Texas 78701

Robert W. Thuotte, Senior Vice President/
   Corporate Counsel
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, Massachusetts 01810


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com