Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8097 | **DATE** | 1/20/2011 |
| **CASE TITLE** | Cassidy, et al. vs. Zwicker & Associates | | |

**DOCKET ENTRY TEXT**

Pursuant to the Plaintiffs' Notice of Voluntary Dismissal with Prejudice, the case is terminated.

*Charles R. Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|